**ON REHEARING**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-6976**

—————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ALAN B. FABIAN,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:07-cr-00355-CCB-1)

—————————

Submitted:  November 30, 2012      Decided:  December 19, 2012

—————————

Before KING, SHEDD, and WYNN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Alan B. Fabian, Appellant Pro Se.   Jonathan Biran, Assistant
United States Attorney, Tonya Nicole Kelly, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan B. Fabian seeks to appeal the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Fabian, No. 1:07-cr-00355-CCB-1 (D. Md. May 24, 2012). We grant Fabian's motion for leave to file exhibits, and we deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED